UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | : | **MAGISTRATE NO. 08-076M** |
| | : | |
| v. | : | |
| | : | |
| **TREVELL T. HICKS,** | : | |
| **Defendant.** | : | |

## NOTICE OF APPEARANCE

The United States of America, by and through its attorney, the United States Attorney for the District of Columbia, and Assistant United States Attorney Charles Neil Floyd , hereby informs the Court that he is entering his appearance in this matter on behalf of the United States.

    Respectfully submitted,

    JEFFREY A. TAYLOR
    United States Attorney
    Bar. No: 498610

    _____
    CHARLES NEIL FLOYD
    Assistant United States Attorney
    Federal Major Crimes, Bar No. 97-219
    555 4th Street, NW,  Room 4243
    Washington, DC 20530
    (202) 305-2195
    CFloyd1@usa.doj.gov